

Lawyers Building
428 Forbes Avenue, Suite 700
Pittsburgh, PA 15219

Phone: 412.235.7682
Fax: 412.235.7693



August 1, 2018

Attn: Rory L. Perry II, Clerk
P.O. Box 2546
Charleston, WV 25329

RE:    **Cobranchi, et al v. The City of Parkersburg**
       **Case 2:18-cv-01198**

Dear Mr. Perry:

Pursuant to LR Civ. P. 5.1, enclosed please find a USB flash drive containing video Exhibits 4, 5 and 6 corresponding to the Plaintiff's Motion for Preliminary Injunction and Memorandum in Support of Plaintiff's Motion that was filed on July 31, 2018 in the above-captioned case.

If you have any questions or concerns, please do not hesitate to contact our office. Thank you.

Sincerely,

Tahmina Ahmed
Legal Administrative Assistant

Enclosures

www.steeleschneider.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| DARYL COBRANCHI, ERIC ENGLE, and FREEDOM FROM RELIGION FOUNDATION, INC., <br><br> *Plaintiffs,* <br><br> vs. <br><br> THE CITY OF PARKERSBURG, <br><br> *Defendant.* | CIVIL ACTION NO.: 2:18-cv-01198 |

Video of June 26, 2018 Parkersburg City Council Meeting Prayer,
Exhibit 4 to Plaintiff's Motion for Preliminary Injunction

Plaintiffs submit Exhibit 4, a video recording by the City of Parkersburg, to the Clerk's Office pursuant to Sections 3.1.7 and 14.9 of the Administrative Procedures for Electronic Case Filing in the United State District Court for the Southern District of West Virginia. Exhibit 4 has been mailed to the Clerk's Office on a USB drive and is enclosed with a copy of this cover page.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Exhibit 4 (Video of June 26, 2018 Parkersburg City Council Meeting Prayer) is being served on the following individual, a representative of Defendant authorized to accept service on its behalf, via hand delivery.

Mayor Tom Joyce
2601 27th Street
Parkersburg, WV 26104

/s/ *Marcus B. Schneider*
Marcus B. Schneider
W.V. I.D. No. 12814
STEELE SCHNEIDER
428 Forbes Avenue, Suite 700
Pittsburgh, PA 15219
412-235-7682
marcschneider@steeleschneider.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| DARYL COBRANCHI, ERIC ENGLE, and FREEDOM FROM RELIGION FOUNDATION, INC.,<br><br>*Plaintiffs,*<br><br>vs.<br><br>THE CITY OF PARKERSBURG,<br><br>*Defendant.* | CIVIL ACTION NO.: 2:18-cv-01198 |

**Video of Sept. 12, 2017 Parkersburg City Council Meeting Prayer,
Exhibit 5 to Plaintiff's Motion for Preliminary Injunction**

Plaintiffs submit Exhibit 5, a video recording by Kim Williams, to the Clerk's Office pursuant to Sections 3.1.7 and 14.9 of the Administrative Procedures for Electronic Case Filing in the United State District Court for the Southern District of West Virginia. Exhibit 5 has been mailed to the Clerk's Office on a USB drive and is enclosed with a copy of this cover page.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Exhibit 5 (Video of September 12, 2017 Parkersburg City Council Meeting Prayer) is being served on the following individual, a representative of Defendant authorized to accept service on its behalf, via hand delivery.

Mayor Tom Joyce
2601 27th Street
Parkersburg, WV 26104

                                            */s/ Marcus B. Schneider*
Marcus B. Schneider
W.V. I.D. No. 12814
STEELE SCHNEIDER
428 Forbes Avenue, Suite 700
Pittsburgh, PA 15219
412-235-7682
marcschneider@steeleschneider.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| DARYL COBRANCHI, ERIC ENGLE, and FREEDOM FROM RELIGION FOUNDATION, INC.,<br><br>*Plaintiffs,*<br><br>vs.<br><br>THE CITY OF PARKERSBURG,<br><br>*Defendant.* | CIVIL ACTION NO.: 2:18-cv-01198 |

**Video of April 10, 2018 Parkersburg City Council Meeting Prayer,
Exhibit 6 to Plaintiff's Motion for Preliminary Injunction**

Plaintiffs submit Exhibit 6, a video recording by Kim Williams, to the Clerk's Office pursuant to Sections 3.1.7 and 14.9 of the Administrative Procedures for Electronic Case Filing in the United State District Court for the Southern District of West Virginia. Exhibit 6 has been mailed to the Clerk's Office on a USB drive and is enclosed with a copy of this cover page.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Exhibit 6 (Video of April 10, 2018 Parkersburg City Council Meeting Prayer) is being served on the following individual, a representative of Defendant authorized to accept service on its behalf, via hand delivery.

Mayor Tom Joyce
2601 27th Street
Parkersburg, WV 26104

/s/ Marcus B. Schneider
Marcus B. Schneider
W.V. I.D. No. 12814
STEELE SCHNEIDER
428 Forbes Avenue, Suite 700
Pittsburgh, PA 15219
412-235-7682
marcschneider@steeleschneider.com

