USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6   Statement of Visiting Attorney and Designation of Local Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

Cobranchi, et al.

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

**V.**

The City of Parkersburg

**CIVIL ACTION NUMBER 2:18-cv-01198**

---

Christopher Line, Freedom From Religion Foundation, Inc.         1097678

*Name of Visiting Attorney and firm name*                        *Bar ID number*

Daryl Cobranchi, Eric Engle, Freedom From Religion Foundation, Inc.

*Name of party represented*

State Bar of Wisconsin, 5302 Eastpark Blvd., Madison, WI 53718

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

Freedom From Religion Foundation
10 N. Henry St.
Madison, WI 53703

*Visiting Attorney's office address*

(608) 256-8900              (608) 204-0422              chris@ffrf.org

*Visiting Attorney's office telephone number*   *Office fax number*   *Email address*

Kristina Thomas Whiteaker, The Grubb Law Group

                                                                    WV  9434

*Name of Sponsoring Attorney and firm name*                         *WV Bar ID number*

The Grubb Law Group
1114 Kanawha Boulevard East
Charleston, WV 25301

*Sponsoring Attorney's office address*

(304) 345-3356              (304) 345-3355              kwhiteaker@grubblawgroup.com

*Sponsoring Attorney's office telephone number*   *Office fax number*   *Email address*

USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6  Statement of Visiting Attorney and Designation of Local Counsel

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| 7/31/2018 | /s/ Christopher Line |
|---|---|
| *Date* | *Signature of Visiting Attorney* |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.



| 8/7/18 | |
|---|---|
| *Date* | *Signature of Sponsoring Attorney* |

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. Login and Password; Registration.**