```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**DARYL COBRANCHI, ERIC ENGLE, and**
**FREEDOM FROM RELIGION**
**FOUNDATION, INC.,**

    **Plaintiffs,**

**v.**                           **Civil Action No. 2:18-cv-01198**

**THE CITY OF PARKERSBURG,**

    **Defendant.**

<u>**ORDER**</u>

    **For reasons appearing to the court, this matter is set for a prehearing conference with respect to the motion for preliminary injunction at 10:30 am on June 28, 2019 in the chambers of the undersigned Judge at the Robert C. Byrd United States Courthouse in Charleston, West Virginia.**

    **Lead counsel for the parties are directed to appear. In the event that attendance at this date and hour constitutes a compelling problem for counsel, a request to reschedule, if filed by Monday, June 24, 2019, will be considered.**

The Clerk is directed to forward copies of this memorandum opinion and order to all counsel of record and any unrepresented parties.

ENTER: June 20, 2019

John T. Copenhaver, Jr.
Senior United States District Judge