IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| **DARYL COBRANCHI, ERIC ENGLE, and FREEDOM FROM RELIGION FOUNDATION, INC.,** | |
| *Plaintiffs,* | **CIVIL ACTION NO.: 2:18-cv-01198** |
| vs. | |
| **THE CITY OF PARKERSBURG,** | |
| *Defendant.* | |

## PLAINTIFFS' MOTION TO RESCHEDULE PREHEARING CONFERENCE

Plaintiffs respectfully request the Court reschedule the Prehearing Conference scheduled for June 28, 2019. In support thereof, Plaintiffs state as follows:

1. On August 1, 2018, Plaintiffs filed a Motion for Preliminary Injunction and Memorandum in Support. ECF No. 5, 6.

2. Briefing on Plaintiffs' Motion for Preliminary Injunction closed on September 20, 2018 with the filing of Plaintiffs' Reply Brief.

3. On June 20, 2019, this Honorable Court scheduled a prehearing conference with respect to the motion for preliminary injunction. ECF No. 17.

4. The conference is presently scheduled for June 28, 2019 at 10:30 am.

5. Plaintiffs' undersigned counsel has conflicts that will preclude him from attending the conference at the presently-scheduled time.

1

6. To wit, Plaintiffs' counsel is scheduled to appear in the Westmoreland County Court of Common Pleas to present an emergency motion for preliminary relief on June 28, 2019 at 11:00 am. A true and correct copy of the Scheduling Order is attached hereto as Exhibit "A."

7. In addition, Plaintiffs' counsel is scheduled to appear in the United States District Court for the Western District of Pennsylvania for oral argument on a motion for protective order. A true and correct copy of the Scheduling Order is attached hereto as Exhibit "B."

8. In light of these conflicts, Plaintiffs respectfully request that the Court rescheduling the prehearing conference.

WHEREFORE, Plaintiffs, by and through their undersigned counsel, respectfully request the Court enter an Order rescheduling the Prehearing Conference on Plaintiffs' Motion for Preliminary Injunction.

Respectfully Submitted,

/s/ Marcus B. Schneider
Marcus B. Schneider
W.V. I.D. No. 12814
STEELE SCHNEIDER
428 Forbes Avenue, Suite 700
Pittsburgh, PA 15219
412-235-7682
marcschneider@steeleschneider.com

Kristina Thomas Whiteaker
W.V. I.D. No. 9434
The Grubb Law Group
1114 Kanawha Boulevard East
Charleston, WV 25301
304-345-3356
kwhiteaker@grubblawgroup.com

Patrick C. Elliott*
Christopher Line*
Freedom From Religion Foundation, Inc.
10 N. Henry St.
Madison, WI 53703
608-256-8900
patrick@ffrf.org
chris@ffrf.org
* Visiting Attorney Application Pending

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2019, the foregoing **Motion to Reschedule Prehearing Conference** was filed electronically on the Court's ECF System and served on all parties of record through the ECF system.

*/s/ Marcus B. Schneider*
Marcus B. Schneider, Esq.