UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

DARYL COBRANCHI, ERIC ENGLE, and
FREEDOM FROM RELIGION
FOUNDATION, INC.,

       Plaintiffs,

v.                                    Civil Action No. 2:18-cv-01198

THE CITY OF PARKERSBURG,

       Defendant.


ORDER


Pending is the Motion to Reschedule Prehearing Conference, filed by the plaintiffs on June 24, 2019.

It is ORDERED that the prehearing conference scheduled for June 28, 2019 be, and hereby is, rescheduled for 2:30 pm on July 1, 2019 in the chambers of the undersigned Judge at the Robert C. Byrd United States Courthouse in Charleston.

The Clerk is directed to forward copies of this memorandum opinion and order to all counsel of record and any unrepresented parties.

       ENTER: June 25, 2019

       John T. Copenhaver, Jr.
       Senior United States District Judge