```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**DARYL COBRANCHI, ERIC ENGLE, and**
**FREEDOM FROM RELIGION**
**FOUNDATION, INC.,**

      Plaintiffs,

v.                                          Civil Action No. 2:18-cv-01198

**THE CITY OF PARKERSBURG,**

      Defendant.

<u>ORDER</u>

On March 16, 2020, the court held a telephonic status conference with counsel for the parties who wish to proceed with this case by stipulation of facts and cross-motions for summary judgment. Based upon the discussions with counsel during the status conference, it is ORDERED that the parties shall conform to the following schedule:

| Deadline | Date |
|---|---|
| Joint Stipulation of Facts | 03/26/2020 |
| Cross-Motions for Summary Judgment | 04/27/2020 |
| Responses to Cross-Motions for Summary Judgment | 05/11/2020 |

In view of the foregoing, it is further ORDERED that plaintiffs' motion for preliminary injunction, filed July 31, 2018, be, and it hereby is, denied without prejudice.

The Clerk is directed to forward copies of this order to all counsel of record and any unrepresented parties.

DATED: March 17, 2020

John T. Copenhaver, Jr.
Senior United States District Judge