

One Gateway Center
420 Ft. Duquesne Blvd, Suite 500
Pittsburgh, PA 15222

PHONE: 412.235.7682
FAX: 412.235.7693

March 30, 2020



**Via Fedex Delivery**

Attn: Honorable John T. Copenhaver, Jr., Senior Judge
6009 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301

    Re:    Cobranchi et al v. City of Parkersburg

To whom it may concern,

    Enclosed please find a courtesy copy of the Joint Stipulations of Fact and accompanying exhibits jointly filed by the parties in the above-captioned matter last week. Please also find enclosed a thumb drive containing those exhibits that cannot be reduced to PDF (Video Exhibits 15-23), which are being provided pursuant to Section 3.1.7 and 14.9 of the Administrative Procedures for Electronic Case Filing in the United States District Court for the Southern District of West Virginia.

    Please feel free to contact me if you have any questions or concerns.

    Sincerely,

    /s/ *Marcus B. Schneider*

    Marcus B. Schneider

FROM: MARIE SCHN (724) 902-9453
NICOLE
Steele Schneider
116 RICHMOND CIRCLE
Pittsburgh PA 15237
US

SHIP DATE: 30MAR20
ACTWGT: 1.60
CAD: 99043/SSFE2102
DIMED: 13 X 10 X 2 IN

TO Honorable John T Copenhaver
6009 Robert C. Byrd US Courthouse
300 Virginia St E
Charleston WV 25301
(304) 345-5336
REF:
DEPT:

TRK# 3914 8716 8483

RECEIVED
APR - 3 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

FedEx Ground
25301
J20102001130114

9622 0019 0 (000 000 0000) 0 00 3914 8716 8483

354-2013
ETP1
3914871684183    PD*SP*100*Y

HON/HAULT JOHN T COPENHAV
6009 ROBERT C E
CHARLESTON,WV    25301-2503-99