IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**DARYL COBRANCHI, ERIC ENGLE, and FREEDOM FROM RELIGION FOUNDATION, INC.,**

*Plaintiffs,*

vs.

**THE CITY OF PARKERSBURG,**

*Defendant.*

CIVIL ACTION NO.: 2:18-cv-01198

## PROPOSED ORDER

This matter having come before the Court upon the Plaintiffs' Motion for Summary Judgment, and the Court having reviewed the record, applicable law, and being sufficiently advised, the Court finds that there is no genuine dispute as to any material fact and Plaintiffs are entitled to judgment as a matter of law.

Therefore, **IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiffs' Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED:**

1. Defendant, and its officers and agents, are permanently enjoined from delivering, scheduling, or initiating the recitation of the Lord's Prayer at meetings of the Parkersburg City Council. Defendant, and its officers and agents, are also permanently enjoined from including the Lord's Prayer in any ceremonial prelude to meetings of the Parkersburg City Council.

2. The Court hereby issues a judgment against the City of Parkersburg in favor of Plaintiffs for nominal damages in the amount of $1 to each of the plaintiffs.

**IT IS SO ORDERED.**

Dated: _____, 2020.　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE