# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**DARYL COBRANCHI, ERIC ENGLE,
and THE FREEDOM FROM RELIGION
FOUNDATION, INC.,**

      **Plaintiff,**

v.                                                    Civil Action No. 2:18-cv-01198

**THE CITY OF PARKERSBURG,**

      **Defendant.**

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE of the withdrawal of the appearance of Jordan V. Palmer, as counsel of record for the Defendant the City of Parkersburg, effective February 15, 2022. Mr. Palmer will be leaving the employment of Flaherty Sensabaugh Bonasso PLLC on that date. Flaherty Sensabaugh Bonasso PLLC and Timothy L. Mayo and Jeffrey A. Foster will remain counsel of record for the City of Parkersburg.

                                                    **CITY OF PARKERSBURG,**

                                                    **By Counsel,**

/s/ Jordan V. Palmer, Esq.
Timothy L. Mayo (W.Va. Bar No. 5771)
Jeffrey A. Foster (W.Va. Bar No. 9410)
Jordan V. Palmer (W.Va. Bar No. 12899)
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street/Post Office Box 3843
Charleston, West Virginia 25338-3843
304-345-0200 Telephone/304-345-0260 Facsimile
tmayo@flahertylegal.com
jfoster@flahertylegal.com
jpalmer@flahertylegal.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**DARYL COBRANCHI, ERIC ENGLE,**
**and THE FREEDOM FROM RELIGION**
**FOUNDATION, INC.,**

      **Plaintiff,**

v.                                                                  Civil Action No. 2:18-cv-01198

**THE CITY OF PARKERSBURG,**

      **Defendant.**

## CERTIFICATE OF SERVICE

    I, the undersigned counsel for Defendant City of Parkersburg, do hereby certify that on, February 11, 2022 I electronically filed the foregoing ***NOTICE OF WITHDRAWAL OF APPEARANCE*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| Marcus B. Schneider | Kristina Thomas Whiteaker | Patrick C. Elliot |
|---|---|---|
| STEELE SCHNEIDER | The Grubb Law Group | Christopher Line |
| 428 Forbes Avenue, Suite 700 | 1114 Kanawha Blvd. East | Freedom From Religion |
| Pittsburg, PA 12519 | Charleston, WV 25301 | Foundation, Inc. |
| | | 10 N. Henry Street |
| | | Madison, WI 53703 |

/s/ Jordan V. Palmer, Esq.
Timothy L. Mayo (W.Va. Bar No. 5771)
Jeffrey A. Foster (W.Va. Bar No. 9410)
Jordan V. Palmer (W.Va. Bar No. 12899)
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
Post Office Box 3843
Charleston, West Virginia 25338-3843
304-345-0200 Telephone
304-345-0260 Facsimile
tmayo@flahertylegal.com
jfoster@flahertylegal.com
jpalmer@flahertylegal.com